117 A.3d 1277

Jeremy James LONG, Petitioner

v.

YORK COUNTY PRISON; Mary Sabol, Warden; Michael Buono, Deputy Warden of Security; Clair Doll, Deputy Warden of Treatment; John Steiner, Deputy Warden of Operations; York County Prison Board; Steve Chronister, Prison Board Member; Doug Hoke, Prison Board Member; Chris Reilly, Prison Board Member; Richard Keuerleber, Prison Board Member; Robert Green, Prison Board Member; Thomas Kearney, Prison Board Member; Michael Bortner, Prison Board Member, Respondents.

No. 12 MM 2015.

Supreme Court of Pennsylvania.

March 11, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of March, 2015, the Application for Leave to File Original Process and the Petition for Leave to Amend are **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**